Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-6773 |
| Originating Case Number: | 5:24-cv-01234-PCP |
| Short Title: | Teachers' Retirement System of the City of New York Variable A, et al. v. Snowflake Inc., et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

---

| | |
|---|---|
| Docket Number: | 26-6773 |
| Originating Case Number: | 5:24-cv-01234-PCP |
| Case Title: | Teachers' Retirement System of the City of New York Variable A, et al. v. Snowflake Inc., et al. |

---

**10/19/2026**

| | |
|---|---|
| New York City Police Officers' Variable Supplements Fund | Mediation Questionnaire due |
| New York City Fire Officers' Variable Supplements Fund | Mediation Questionnaire due |
| New York Fire Department Life Insurance Fund | Mediation Questionnaire due |
| New York City Board of Education Retirement System | Mediation Questionnaire due |
| New York City Employees' Retirement System | Mediation Questionnaire due |
| New York City Firefighters' Variable Supplements Fund | Mediation Questionnaire due |
| Teachers' Retirement System of the City of New York | Mediation Questionnaire due |
| New York City Fire Pension Fund | Mediation Questionnaire due |
| Teachers' Retirement System of the City of New York Variable A | Mediation Questionnaire due |

| | |
|---|---|
| New York City Police Superior Officers' Variable Supplements Fund | Mediation Questionnaire due |
| New York City Police Pension Fund | Mediation Questionnaire due |

**10/28/2026**

| | |
|---|---|
| New York City Firefighters' Variable Supplements Fund | Corporate Disclosure Statement due |
| New York City Fire Pension Fund | Corporate Disclosure Statement due |
| New York City Police Superior Officers' Variable Supplements Fund | Corporate Disclosure Statement due |
| New York City Board of Education Retirement System | Corporate Disclosure Statement due |
| Teachers' Retirement System of the City of New York Variable A | Corporate Disclosure Statement due |
| Teachers' Retirement System of the City of New York | Corporate Disclosure Statement due |
| New York City Police Pension Fund | Corporate Disclosure Statement due |
| New York Fire Department Life Insurance Fund | Corporate Disclosure Statement due |
| New York City Fire Officers' Variable Supplements Fund | Corporate Disclosure Statement due |
| New York City Employees' Retirement System | Corporate Disclosure Statement due |
| Frank Slootman | Corporate Disclosure Statement due |
| Michael P. Scarpelli | Corporate Disclosure Statement due |
| Snowflake Inc. | Corporate Disclosure Statement due |
| New York City Police Officers' Variable Supplements Fund | Corporate Disclosure Statement due |

**11/23/2026**

| | |
|---|---|
| New York City Fire Officers' Variable Supplements Fund | Appeal Opening Brief (No Transcript Due) |
| New York City Police Superior Officers' Variable Supplements Fund | Appeal Opening Brief (No Transcript Due) |
| Teachers' Retirement System of the City of New York Variable A | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| New York City Board of Education Retirement System | Appeal Opening Brief (No Transcript Due) |
| New York City Fire Pension Fund | Appeal Opening Brief (No Transcript Due) |
| New York City Police Officers' Variable Supplements Fund | Appeal Opening Brief (No Transcript Due) |
| Teachers' Retirement System of the City of New York | Appeal Opening Brief (No Transcript Due) |
| New York Fire Department Life Insurance Fund | Appeal Opening Brief (No Transcript Due) |
| New York City Employees' Retirement System | Appeal Opening Brief (No Transcript Due) |
| New York City Firefighters' Variable Supplements Fund | Appeal Opening Brief (No Transcript Due) |
| New York City Police Pension Fund | Appeal Opening Brief (No Transcript Due) |

**12/23/2026**

| | |
|---|---|
| Snowflake Inc. | Appeal Answering Brief (No Transcript Due) |
| Frank Slootman | Appeal Answering Brief (No Transcript Due) |
| Michael P. Scarpelli | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**