CA No. 26-6773

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE A, et al.<br><br>Petitioner-Appellant,<br><br>v.<br><br>SNOWFLAKE INC., et al.<br><br>Respondents-Appellees | D.C. No. 5:24-cv-01234-PCP<br><br>U.S. District for the Northern District of California, San Jose |

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

HONORABLE P. CASEY PITTS
United States District Judge

Karin E. Fisch
Kyla Grant
Mica A. Cocco
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
Email: kfisch@gelaw.com
kgrant@gelaw.com
mcocco@gelaw.com

*Counsel for Petitioner-Appellant*

Petitioner-Appellant Teachers' Retirement System for The City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System Of The City Of New York Variable A (collectively, "Lead Plaintiff" or "Petitioner-Appellant"), hereby requests an extension of time to file and serve its opening brief. The opening brief is currently due on November 23, 2026.

1. Lead Plaintiff respectfully requests a 60-day extension of time to file its opening brief, to and including January 22, 2027. This is Lead Plaintiff's first written request for an extension of time. Respondents-Appellees do not oppose this request. Counsel for Lead Plaintiff has exercised due diligence in connection with this appeal. Counsel for Lead Plaintiff is in the process of retaining outside appellate counsel to assist with this appeal. Once retained, appellate counsel will need sufficient time to familiarize themselves with the District Court proceedings and the substance of the appeal. Further, in light of the upcoming holidays, and Counsel for Lead Plaintiff's overlapping obligations in other matters that coincide with the current deadline for the opening brief, Counsel for Lead Plaintiff requires additional time to assist appellate counsel with the appeal.

This motion is made pursuant to Ninth Circuit Rule 31-2.2(b) and is based on the accompanying declaration of counsel.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Karin E. Fisch*
Karin E. Fisch

Kyla Grant
Mica A. Cocco
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
Email: kfisch@gelaw.com
kgrant@gelaw.com
mcocco@gelaw.com

*Counsel for Petitioner-Appellant*

DECLARATION OF KARIN E. FISCH

1. I am an attorney licensed to practice law in the State of New York, and I am admitted to practice in this Court. I am a Partner with the law firm Grant & Eisenhofer P.A. I represent Petitioner-Appellant Teachers' Retirement System for The City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System Of The City Of New York Variable A in this appeal.

2. On September 8, 2026, the District Court below entered judgment dismissing Lead Plaintiff's Third Amended Complaint for Violations of the Federal Securities Laws. On October 8, 2026, Lead Plaintiff filed a notice of appeal.

3. On October 14, 2026, this Court set a briefing schedule for this appeal. Doc. No. 2.1. According to the briefing schedule, Petitioner-Appellant's opening brief is currently due on November 23, 2026. *Id.*

4. Counsel for Lead Plaintiff has exercised due diligence in connection with this appeal. Counsel for Lead Plaintiff is in the process of retaining outside appellate counsel to assist with this appeal. Once retained, appellate counsel will need sufficient time to familiarize themselves with the District Court proceedings and the substance of the appeal. Further, in light of the upcoming holidays, and Counsel for Lead Plaintiff's overlapping obligations in other matters that coincide with the current deadline for the opening brief, Counsel for Lead Plaintiff requires additional time to assist appellate counsel with the appeal.

5. I am therefore requesting a sixty-day extension of time, up to and including January 22, 2027, to file and serve the opening brief in this case. This is my first such request, and the brief will be filed within the time requested.

6. On November 3, 2026, I informed counsel for Respondents-Appellees, Jesse Bernstein, of this application via email. Mr. Bernstein represented that Respondents do not oppose this application.

7. Pursuant to Ninth Circuit Rule 31-2.2(b), I declare that the court reporter is not in default with regard to any transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 5, 2026 at New York, New York.

*/s/ Karin E. Fisch*
Karin E. Fisch